Haluk Savci, Esq.
Mason Tender District Council of
Greater NY
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407

Attorney for Plaintiffs

**08 CV 02972**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND

and

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,
        Plaintiffs,

-against-

CLEAN TEC ENVIRONMENTAL SERVICES,
INC.       Defendant.
------------------------------------------------------------ x

Civil Action No. –

ECF CASE



7.1 Statement

    Plaintiffs, the Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund, and Robert Bonanza, as Business Manager of the Mason Tenders District Council of Greater New York, hereby certify that they have no parent corporations nor does any publicly held company owe 10% or more of its stock.

Dated:    March 12, 2008
           New York, New York

Respectfully submitted,

By: _____
Haluk Savci (HS -0853)
Counsel for Plaintiffs