Form 19 - SECRETARY OF STATE - 306

**MASON TENDERS DISTRICT COUNCIL**
**ATTN:**

| | | |
|---|---|---|
| US DISTRICT COURT | SOUTHERN/NY COUNTY | STATE OF NEW YORK |

---

TRUSTEES FOR THE MASON TENDERS        plaintiff
DISTRICT COUNCIL WELFARE FUND ETAL ETC.
                - against -

CLEAN TEC ENVIRONMENTAL SERVICES, INC    defendant

Index No. **08-CV-02972**

Date Filed  ............

Office No.

Court Date:   / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.   That on the
**2nd   of May, 2008 at  01:30 PM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**
**UPON: CLEAN TEC ENVIRONMENTAL SERVICES, INC**
**the DEFENDANT** in this action, by delivering to and leaving with
   **CAROL VOGT, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL.

   Deponent further describes the person actually served as follows:

   SEX: **FEMALE**        COLOR: **WHITE**        HAIR: **BLACK**
   APP. AGE: **45**       APP. HT: **5:4**        APP. WT: **140**
OTHER IDENTIFYING FEATURES:


SWORN TO BEFORE ME THIS
7th  DAY OF  May, 2008sr

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STEVE AVERY
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3MTDC125704