UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
TRUSTEES FOR THE MASON TENDERS            :
DISTRICT COUNCIL WELFARE FUND,            :
PENSION FUND, ANNUITY FUND, and           :
TRAINING PROGRAM FUND                     :
                                          :
                                          :
             and                          :     Civil Action
                                          :     No. 08 CV 02972(JGK)
ROBERT BONANZA, as Business Manager       :
of the MASON TENDERS DISTRICT COUNCIL     :     ECF CASE
OF GREATER NEW YORK,                      :
                                          :
Plaintiffs,                               :
                                          :
-against-                                 :
                                          :
CLEAN TEC ENVIRONMENTAL SERVICES,         :
INC.                                      :
             Defendant.                   :
-------------------------------------------------------------x

## ORDER TO SHOW CAUSE

Upon the annexed Declaration of Haluk Savci, Esq. with exhibits, Clerk's Certificate of Default, Statement of Damages, proposed order, and upon all prior pleadings (also annexed) and proceedings; it is

ORDERED, that defendant CLEAN TEC ENVIRONMENTAL SERVICES, INC. show cause before United States District Court Judge John G. Koetl, at Courtroom 12B United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on July 11, _____, at 2:30 thereof, or as soon thereafter as counsel may be heard, why a default judgment should not be issued against defendant CLEAN TEC ENVIRONMENTAL SERVICES, INC. pursuant to Rule 55 of the Federal Rules of Civil Procedure.

Dated: New York, NY June 26, 2008
Issued: 1:33 P. M

_____
United States District Judge

THE DEFENDANT IS ADVISED THAT FAILURE TO RESPOND TO THE ORDER TO SHOW CAUSE MAY BE GROUNDS FOR A DEFAULT JUDGMENT BEING ENTERED AGAINST IT, IN WHICH EVENT THE DEFENDANT WILL HAVE NO TRIAL.

THE PLAINTIFFS SHALL FILE PROOF OF SERVICE OF THIS ORDER TO SHOW CAUSE BY July 8, 2008.

So ordered.
JGKoeltl
U.S.D.J.
6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND

and

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,

Plaintiffs,

-against-

CLEAN TEC ENVIRONMENTAL SERVICES,
INC.
            Defendant.
--------------------------------------------------------------x

Civil Action
No. 08 CV 02972(JGK)

ECF CASE

## CLERK'S CERTIFICATE OF DEFAULT

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on March 21, 2008 with the filing of a summons and complaint. On May 2, 2008, a copy of the summons and complaint, along with Rule 7.1 Statement were served on Defendant Clean Tec Environmental Services, Inc. by Steve Avery, a licenses process server, upon delivery to Carol Vogt agent for the Secretary of State of the State of New York. Proof of service by affidavit dated May 7, 2008 was filed with the Clerk of the Court on June 20, 2008.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted

Dated: New York, NY
June 24

**J. MICHAEL MCMAHON**
Clerk of the Court

By: ______________________