Haluk Savci, Esq.
Mason Tender District Council of
Greater NY
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
TRUSTEES FOR THE MASON TENDERS :
DISTRICT COUNCIL WELFARE FUND, :
PENSION FUND, ANNUITY FUND, and :
TRAINING PROGRAM FUND :
:
:
and :        Civil Action
:        No. 08 CV 02972(JGK)
ROBERT BONANZA, as Business Manager :
of the MASON TENDERS DISTRICT COUNCIL :    ECF CASE
OF GREATER NEW YORK, :
:
Plaintiffs, :
:
-against- :
:
CLEAN TEC ENVIRONMENTAL SERVICES, :
INC. :
    Defendant. :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2008, Plaintiffs did cause by regular mail and certified

mail return receipt (receipt number 7006 2150 0001 2674 8498) a copy of the June 26,

2008 Order to Show Cause of the Honorable John G. Koetl, the Declaration of Haluk

Savci, Esq. with exhibits, Clerk's Certificate of Default, Statement of Damages, Proposed

Order and all prior pleading on Defendant CLEAN TEC ENVIRONMENTAL SERVICES at the following address:

        Clean Tec Environmental Services, Inc.
        136-08 38th Avenue
        Flushing, NY 11354

Dated: New York, NY
       July 7, 2008

                /s/ Haluk Savci
                Haluk Savci, Esq.