UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND

and

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,

Plaintiffs,

-against-

CLEAN TEC ENVIRONMENTAL SERVICES,
INC.
          Defendant.
-------------------------------------------------------------- x

Civil Action
No. 08 CV 02972(JGK)

ECF CASE

Default Judgment

**ORDER**

This action having been commenced on March 21, 2008 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant CLEAN TEC ENVIRONMENTAL SERVICES, INC. through the Office of the Secretary of State of the State of New York on May 2, 2008, and proof of service having been filed on June 20, 2008 and Defendant CLEAN TEC ENVIRONMENTAL SERVICES, INC. not having answered the Complaint, and the time for answering the Complaint having expired, it is *and the defendant having failed to appear in response to this Order to Show Cause why a default judgment should not be entered,*

ORDERED, ADJUDGED AND DECREED: That the March 22, 2007 Opinion and Default Award of Arbitrator Robert Herzog is confirmed in all respects; and Plaintiffs have judgment against Defendant CLEAN TEC ENVIRONMENTAL SERVICES, INC.. in the liquidated amount of $44,551.59

*The Clerk is directed to enter Judgment and to close this case.*

*So ordered.*

[signature]
U.S.D.J.

7/11/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2008